Bonilla
CMF
J-48509, T-203
P.O. Box 2000
Vacaville, CA 95696

California Department of
Corrections and Rehabilitation

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 95696 $ 002.35⁰
02 7W
0008032034 APR 24 2024

RECEIVED
APR 26 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

PRO SE